UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES

v.                                                                23-mj-11

CRYSTAL QUINN

## SEALING ORDER

Upon request of the government for the issuance of a criminal complaint and arrest warrant, it is hereby

**ORDERED,** that the criminal complaint, affidavit, and attached Exhibit A shall remain sealed until further order of the Court.

DATED:    Buffalo, New York, February  3 , 2023.

_____
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge