AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**CRYSTAL QUINN**

*Defendant*

Case No. 23-mj-11

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay CRYSTAL QUINN, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

(Count 1)
18 U.S.C. §§ 1512(b)(1) and 2

knowingly uses intimidation threatens, or corruptly persuades another person, or attempts to do so, with intent to influence, delay, or prevent the testimony of any person in an official proceeding

(Count 2)
18 U.S.C. §§ 1512(b)(2)(B) and 2

tampering with a witness by intimidation, threats, corrupt persuasion, or misleading conduct

(Count 3)
18 U.S.C. §§ 1512(b)(3) and 2

tampering with a witness- hinder, delay, prevent, communication to law enforcement officer

(Count 4)
18 U.S.C. § 1001(a)(2)

material false statements to the executive branch of the United States

Date: February 3, 2023

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

| Return |
|---|
| This warrant was received on *(date)* 2/3/23, and the person was arrested on *(date)* 2/7/23, at *(city and state)* 51 Donna Ct, Depew, NY. <br><br> Date: 2/7/23 <br><br> _____ <br> Arresting officer's signature <br><br> Jason Kammeraad, Special Agent <br> Printed name and title   FBI |