IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                23-mj-011-HKS

CRYSTAL QUINN,

            Defendant.

### NOTICE OF MOTION REQUESTING THE COURT TO SET A RULE 48(b) DISMISSAL DATE AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

THE UNITED STATES OF AMERICA, by and through its attorney, Trini E. Ross, United States Attorney, Joseph M. Tripi, Assistant United States Attorney, of counsel, upon affidavit filed herewith under seal, hereby moves the Court to schedule a Rule 48(b) deadline of April 9, 2023, and for exclusion of time under the Speedy Trial Act. Counsel for the defendant, Michael D'Amico, Esq., consents to the relief sought herein.

DATED: Buffalo, New York, March 3, 2023.

                                      TRINI E. ROSS
                                      United States Attorney

               BY:    s/JOSEPH M. TRIPI
                         Assistant United States Attorney
                         United States Attorney's Office
                         Western District of New York
                         138 Delaware Avenue
                         Buffalo, New York  14202
                         716/843-5839
                         Joseph.Tripi@usdoj.gov