IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      v.                                                                          23-mj-11 (HKS)

CRYSTAL QUINN

                  Defendant.
_____

## ORDER OF DISMISSAL

Due to defendant CRYSRTAL QUINN's agreement to enter pre-trial diversion, the United States Attorney for the Western District of New York hereby dismisses Criminal Complaint 23-mj-11, filed in the United States District Court for the Western District of New York on February 3, 2023, as against defendant CRYSTAL QUINN, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon.

DATED: Buffalo, New York, April 6, 2023.

                                                          TRINI E. ROSS
                                                          United States Attorney

BY:    S/JOSEPH M. TRIPI
           Assistant United States Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           716/843-5839
           Joseph.Tripi@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:    Buffalo, New York
                April 6, 2023.

                                                   _____
                                                   HONORABLE H. KENNETH SCHROEDER, JR.
                                                   United States Magistrate Judge